IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ROBERT MAGOON, #599317 | § |
| | § |
| v. | §  CIVIL ACTION NO. G-04-355 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| TDCJ-CID | § |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on January 4, 2006. Petitioner has filed his Objections in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Robert Magoon (Instrument No. 1) is **DISMISSED WITHOUT PREJUDICE** as a successive petition.

**DONE** at Galveston, Texas this 24th day of January, 2006.

Samuel B. Kent
United States District Judge