IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT MAGOON, #599317 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-04-355 |
| | § | |
| DOUG DRETKE, DIRECTOR | § | |
| OF TDCJ-CID | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED WITHOUT PREJUDICE**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 24th day of January, 2006.

_____
Samuel B. Kent
United States District Judge